IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG, | |
| Plaintiff, | No. C 07-0049 TEH (PR) |
| vs. | ORDER OF DISMISSAL |
| UNITED STATES, et al, | |
| Defendants. | |

Plaintiff, a federal prisoner currently incarcerated at the United States Penitentiary in Florence, Colorado, has filed a pro se civil rights action alleging violations of his constitutional rights in the prison's interference with his communication with the press. Plaintiff's complaint asserts the same cause of action and appears to be an exact copy of the complaint that he filed in a prior case before this Court under case number: C 07-6004 TEH (PR), which was transferred to the United States District Court for the District of Colorado. Therefore, the instant case is DISMISSED as duplicative of Plaintiff's earlier filed complaint.

**ANALYSIS**

I   Standard of Review

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or

fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." Id. § 1915A(b). Pro se pleadings must be liberally construed, however. Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

II    Legal Claims

A complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of 28 U.S.C. § 1915. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988). This action is duplicative of an earlier complaint filed in this Court that was previously transferred to the United States District Court for the District of Colorado and is therefore DISMISSED.

## CONCLUSION

For the foregoing reasons, Plaintiff's action is DISMISSED as duplicative. 28 U.S.C. § 1915A. The Clerk of Court shall enter judgment and close the file.

SO ORDERED.

DATED: 01/17/08

THELTON E. HENDERSON
United States District Judge

2