IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY DOYLE YOUNG, | ) | No. C 08-0049 TEH (PR) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| UNITED STATES, et al, | ) ) | |
| Defendants. | ) | |

An order of judgment is hereby entered DISMISSING this action as duplicative.

SO ORDERED.

DATED: 01/18/08

THELTON E. HENDERSON
United States District Judge