UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. YOUNG,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES et al,<br><br>        Defendant. | Case Number: CV08-00049 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Doyle Young #:Reg. No. 6001
USP - Max - ADX
P.O. Box 8500
Florence, CO 81226-8500

Dated: January 23, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk