U.S. DISTRICT Court
District of Northern California

FILED
JAN 28 2008

① San Franciso Chronicle Newspaper
901 Mission St
S.F., CA 94103

② Debra Saunders, Journalist
San Francisco Chronicle Newspaper
901 Mission St.
S.F., CA 94103

③ Timothy Doyle Young #60012-001
USP - Max - ADX
PO Box 8500
Florence, CO 81226

vs.                                #C-08-0049
                                        TEH

United States

Motion to Dismiss

ONE

① I wish to dismiss this case under F.R.Civ.P. #41(a), it is the same complaint as C-07-6004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jan. 17th, 2008.

Tim Y___
Pro Se

Timothy Doyle Young #60012-001
USP-Max-ADX
PO Box 8500
Florence, CO  81226

"Legal Mail -
Open only in presence of inmate."

Two