U.S. District Court
District of Northern California

FILED
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

① San Francisco Chronicle Newspaper
901 Mission St.
S.F., CA 94103

② Debra Saunders, Journalist
San Francisco Chronicle Newspaper
901 Mission St.
S.F., CA 94103

③ Timothy Doyle Young #60012-001
USP-Max-ADX
PO Box 8500
Florence, CO 81226

vs   #C-08-0049 TEH

United States

Request for Order

ONE

① I petition the Court to direct the Clerk of the Court to send my two co-Plaintiffs in this case a copy of the complaint.

② The Chronicle and/or Debra Saunders have a First Amendment Right as an individual and as Freedom of the Press to receive truthful information that is a matter of public concern.

③ The Defendant is illegally interfering with my mail to the Media.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jan. 17, 2008.

*[Signature]*
Pro Se

Timothy Doyle Young #60012-001
USP-Max-ADX
P.O.Box 8500
Florence, CO 81226

Two