IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG, | No. C 08-00049 TEH (PR) |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS AS MOOT |
| v. | |
| UNITED STATES, et al, | |
| Defendants. | (Docket No. 7) |

Plaintiff's motion to dismiss the complaint (Docket No. 6) is DENIED as moot. The case has already been dismissed as duplicative of an earlier filed complaint, and judgment has been entered.

SO ORDERED.

DATED:  04/07/08

THELTON E. HENDERSON
United States District Judge