U.S. District Court
District of Northern California

Timothy Doyle Young

v.                                    #08-0049TEH

United States,
et al

Relief from Judgment
F.R.Civ.P. #60(b)(1)

① I request Relief from the Judgment in this case switching the dismissal under 28 USC §1915A to a dismissal under F.R.Civ.P. #41.

② This complaint was mailed to this Court on 11-9-2007 and after more than a month without hearing from the Clerk, I mailed a carbon copy because approximately 5½ weeks indicates that it was lost in the mail or the Prison destroyed another

ONE

legal letter.

③ I submitted a motion for dismissal on 1-17-08, a day before the dismissal under §1915A.

④ Everything was submitted in Good Faith and I should not be penalized because of circumstances beyond my control.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2008.

Tim Y
Pro Se

Timothy Doyle Young   #60012-001
USP-Max-ADX
POBox 8500
Florence, CO   81226

Two